1  **LAQUER, URBAN, CLIFFORD & HODGE LLP**
   Emily Zung Manninger, State Bar No. 248344
2  225 South Lake Avenue, Suite 200
   Pasadena, California 91101-3030
3  Telephone: (626) 449-1882
   Facsimile: (626) 449-1958
4  Manninger@luch.com

5  Counsel for Plaintiffs, Trustees of the
   Southern California IBEW-NECA
6  Pension Plan, et al.

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE CONTRACT COMPLIANCE FUND, AND THE ADMINISTRATIVE MAINTENANCE FUND,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SABCO ELECTRIQUE, INC., a California corporation, STEFAN ALEXANDRU BANESCU, an individual doing business as "Sab et Sons Electrique",<br><br>　　　　Defendants. | CASE NO.: CV 11-01441 RGK (VBKx)<br><br>ASSIGNED TO THE HONORABLE R. GARY KLAUSNER<br><br>[~~PROPOSED~~] JUDGMENT |

28  ///

- 1 -
**[PROPOSED] JUDGMENT**

[Proposed] Judgment.doc

The Court, having considered and approved the stipulation for entry of judgment submitted by and between defendant Stefan Banescu, an individual doing business as "SAB et Sons Electrique" and plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, the Contract Compliance Fund, and the Administrative Maintenance Fund,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, the Contract Compliance Fund, and the Administrative Maintenance Fund, shall recover from Stefan Banescu, an individual doing business as "SAB et Sons Electrique":

(1) The principal amount of $4,846.71, plus post-judgment interest from the date of entry of judgment until paid in full;

(2) Reasonable attorneys' fees and costs incurred in the amount of $_____, determined pursuant to a post-judgment motion brought under Federal Rules of Civil Procedure, Rule 54.

Dated: February 02, 2012

_____
UNITED STATES DISTRICT JUDGE