1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

NOV 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SOUTHERN
CALIFORNIA IBEW-NECA PENSION
PLAN, et al.,

                Plaintiffs,

        v.

STEFAN ALEXANDRU BANESCU, an
individual doing business as "Sab et Sons
Electrique",

                Defendant.

CASE NO.: CV11-01441 RGK (VBKx)

ASSIGNED TO THE HONORABLE
R. GARY KLAUSNER

[PROPOSED] ORDER TO SHOW
CAUSE RE CONTEMPT AND FOR
SANCTIONS

**ORDER TO SHOW CAUSE RE CONTEMPT AND FOR SANCTIONS**

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant/judgment debtor, Stefan Banescu, appear before United States District Judge R. Gary Klausner at the United States District Court located at 255 East Temple Street Los Angeles, CA 90012, in Courtroom 850, on *DEC 3*_____, 2012, at *9:00 AM*_____, to show cause, if any there is, why Stefan Banescu should not be adjudged guilty of contempt of Court and punished accordingly for the willful action of disobeying the Order of this Court to appear for examination and production of documents and why sanctions should not be imposed on Stefan Banescu.

[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT AND FOR SANCTIONS

595839.DOC

1    Judgment creditors are hereby ordered to personally serve this Order on Stefan

2    Banescu.

3

4    Dated: ___NOV 2 0 2012___       _____

5                                    HONORABLE R. GARY KLAUSNER,
                                     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER TO SHOW CAUSE RE CONTEMPT AND FOR SANCTIONS**

595839.DOC