1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Susan Graham Lovelace, State Bar No. 240029
2 |     Email: *Lovelace*@luch.com
225 South Lake Avenue, Suite 200
3 | Pasadena, California 91101-3030
Telephone: (626) 449-1882
4 | Facsimile: (626) 449-1958

5 | Attorneys for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE CONTRACT COMPLIANCE FUND, and the ADMINISTRATIVE MAINTENANCE FUND,<br><br>            Plaintiffs,<br><br>    v.<br><br>SABCO ELECTRIQUE, INC., a California corporation; STEFAN ALEXANDRU BANESCU, an individual doing business as "Sab et Sons Electrique,"<br><br>            Defendants. | CASE NO: 2:11-cv-01441-RGK-VBK<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

1
**RENEWAL OF JUDGMENT BY CLERK**

1599978

Judgment was entered on February 2, 2012, in the amount of $56,555.19, plus post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, the Los Angeles Electrical Workers Credit Union, the Contract Compliance Fund, and the Administrative Maintenance Fund (collectively, "Judgment Creditors"), and against Defendant/Judgment Debtor, Stefan Banescu, an individual doing business as "SAB et Sons Electrique"

Abstracts of Judgment have been recorded as follows:

*Principal Judgment*

| County | Document # | Date |
|---|---|---|
| Los Angeles | 2012-0766894 | 05/23/2012 |
| Ventura | 20120514-00087109-0 ½ | 05/14/2012 |
| Riverside | 2012-0235458 | 05/22/2012 |
| San Bernardino | 2012-0228029 | 06/07/2012 |
| Orange | 2012-000322454 | 06/06/2012 |
| San Diego | 20120438792 | 07/27/2012 |

*Bill of Costs*

| County | Document # | Date |
|---|---|---|
| Los Angeles | 2012-0993417 | 07/05/2012 |
| Ventura | 20120621-00109731-0 ½ | 06/21/2012 |
| Riverside | 2012-0299908 | 06/28/2012 |
| San Bernardino | 2012-0258568 | 06/24/2012 |
| Orange | 2012-000360817 | 06/26/2012 |
| San Diego | 2012-0389728 | 07/05/2012 |

///

**NOW**, upon application for renewal of judgment by Judgment Creditors, and upon declaration showing that Judgment Debtor has failed to satisfy the total amount of said judgment and is indebted to Judgment Creditors,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment be renewed against Stefan Banescu, an individual doing business as "SAB et Sons Electrique" in the amount of $55,569.98, as follows:

| | | | |
|---|---|---|---|
| a. | Judgment | | $56,555.19 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Interest after judgment computed from 02/02/2012 through 01/13/2022 at 0.12% | $ | 656.05 |
| d. | Less Credits | | $ (1,641.26) |
| e. | Total Renewed Judgment | | $55,569.98 |

Dated: January 26, 2022

Kiry Gray
CLERK OF THE COURT

/s/ *Jennylam*
Deputy Clerk